# EXHIBIT A

IAMS

Secure Processing Center
P.O. Box 3826
Suwanee, GA 30024

To enroll in credit monitoring,
Please Call:
CyEx
at 1-866-622-9303,
or
visit
**app.identitydefense.com/enrollment/activate/iams**
You will be asked to give your full name and the activation code stated in this letter.

11 1 3035 *******************AUTO**MIXED AADC 302
Robert D Lovell
[redacted]

September 20, 2024

**Notice of Data Breach**

Dear Robert D Lovell:

Insurance Agency Marketing Services, Inc. ("IAMS") takes the security and privacy of information in its care seriously. This notice is to inform you about a data security incident at IAMS, which may have impacted your personal information. Although we have no indication of identity theft or fraud in relation to this incident, out of an abundance of caution, we are providing you with information about the incident, our response, and additional measures you can take to help protect your information, should you feel it appropriate to do so.

**What Happened**

IAMS has learned that on or about March 1, 2024 - May 3, 2024, an unauthorized third party remotely accessed certain IAMS computer systems, and, as a result, may have accessed and/or acquired files that contain your personal information. Upon becoming aware of the incident, IAMS engaged third-party cybersecurity experts to remediate, further investigate, and determine the scope of the incident. This notice was not delayed as a result of a law enforcement investigation.

**What Information Was Involved**

IAMS has been investigating this data security incident, which has included working with cybersecurity advisors to attempt to determine the scope of the incident and data potentially involved in the incident. This process concluded on or about July 12, 2024, after which IAMS worked to identify individuals whose information may have been present in the identified systems and contact information for those individuals. The review determined that the following information related to you was present in the impacted computer systems and may have been accessible to the unauthorized third party: your name and Date of Birth, Social Security number, Driver's License and/or Passport, EIN, Checking or savings account number. Again, IAMS is not aware of any identity theft or fraud in relation to this incident but is providing this notice out of an abundance of caution.